

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:16-CR-00073-GNS

UNITED STATES OF AMERICA                                     PLAINTIFF

vs.

KAKEITHO HUGHES (1)                                          DEFENDANT

### ACKNOWLEDGEMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

October 26, 2017
Date                                    Defendant's signature